IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** McCann, Christine

Printed: 7/15/08

Case Number: 06 B 13647
Judge: Goldgar, A. Benjamin
Filed: 10/24/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: June 3, 2008
Confirmed: December 12, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,320.00 |  |
| Secured: |  | 5,759.86 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 228.34 |
| Trustee Fee: |  | 331.80 |
| Other Funds: |  | 0.00 |
| Totals: | 6,320.00 | 6,320.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 2,200.00 | 228.34 |
| 2. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 3. | Nuvell Credit Company LLC | Secured | 24,462.94 | 5,759.86 |
| 4. | Ocwen Federal Bank FSB | Secured | 11,320.00 | 0.00 |
| 5. | Resurgent Capital Services | Unsecured | 662.77 | 0.00 |
| 6. | Capital One | Unsecured | 655.91 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 4,756.37 | 0.00 |
| 8. | Trust Receivable Services | Unsecured |  | No Claim Filed |
| 9. | Allied Interstate | Unsecured |  | No Claim Filed |
| 10. | Presidio/CM | Unsecured |  | No Claim Filed |
| 11. | Seventh Avenue | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 44,057.99 | $ 5,988.20 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 75.84 |
| 5.4% | 255.96 |
|  | _____ |
|  | $ 331.80 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  McCann, Christine | Case Number:  06 B 13647 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  7/15/08 | Filed:  10/24/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

